UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
Plaintiff

      Vs.                              Case No. 18-319(DRD)

**NANCY SANTOS-ALEJANDRO**
Defendant

************************************************

**INFORMATIVE MOTION REGARDING DESIGNATION NOTIFICATION**

**TO THE HONORABLE COURT:**

    **COMES NOW,** Nancy Santos-Alejandro, through the undersigned attorneys and respectfully informs the Court the following:

    Ms. Santos-Alejandro was sentenced on December 18, 2019.

    She was given the opportunity to self surrender to the correctional institution designed by the Bureau of Prison.

    Notification as to the designation has been received being the designation FCI Aliceville located in Aliceville, AL.

    Ms. Santos-Alejandro have to surrender to that institution this coming February 29, 2020.

    She has made the necessary arraignment to be there on that date in the morning.

    Ms. Santos-Alejandro, will travel to Kissimmee, FL, where his family resides a week before surrendering to be with her grandkids.  Her address in Kissimmee will be

2550 Fassona Dr., Kissimmee, FL.  This is the same address where she have traveled to before with Court approval.

From there she will be taken to Aliceville Federal Correctional Institution in order to surrender herself to the correctional authorities.

She has already met with her Probation Officer in the District of Puerto Rico

**WHEREFORER,** it is respectfully requested from this Court to take notice of the above mentioned.

**I HEREBY CERTIFY,** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys of record.

**RESPECTFULLY SUBMITEED.**   In San Juan, PR this 11th day of February, 2020.

| | |
|---|---|
| */s/ Benito I. Rodriguez-Masso* | */s/Ruben Cerezo-Hernandez* |
| Benito I. Rodriguez-Masso | Ruben Cerezo-Hernandez |
| USDC# 124801 | USDC#204110 |
| Urbanizacion El Vedado | PO Box 190912 |
| 407 Calle Bonafoux | San Juan, PR. 00919-0912 |
| Tel.787.763.8555/8999 | Tel 787.282.0646/Fax 787.282.0646 |
| Fax 787.763.8917 | E-mail: ruben@cerezolaw.com |
| CM/ECF: birmlaw@gmail..com | |
| E-mail: birm2@gmail.com | |